■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA PASSALACQUA, Appellant. [797 NYS2d 332]—Appeal from a judgment of the Ontario County Court (James R. Harvey, J.), rendered October 22, 2003. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree, grand larceny in the fourth degree, robbery in the third degree and criminal mischief in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v McGovern*, 265 AD2d 881 [1999], *lv denied* 94 NY2d 882 [2000]). Present—Green, J.P., Gorski, Martoche, Smith and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN CONSIDINE, Appellant. [797 NYS2d 345]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered September 10, 2003. The judgment convicted defendant of, inter alia, rape in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Green, J.P., Gorski, Martoche, Smith and Hayes, JJ.